IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLEN CARTER,<br><br>　　　　Defendant. | 1:13-00045 LJO-SKO<br><br>ORDER STAYING MAGISTRATE JUDGE'S ORDER RELEASING DEFENDANT ON CONDITIONS PENDING HEARING ON THE GOVERNMENT'S MOTION FOR REVOCATION HEARING |

Upon application of the United States for a stay of the order of U.S. Magistrate Larry Monroe Boyle's order setting conditions of release in the District of Idaho for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT Magistrate Judge Boyle's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke the order.

IT IS FURTHER ORDERED that the defendant be transported to the Eastern District of California - Fresno Division forthwith, and the hearing on the government's motion for detention be heard promptly after the defendant's initial appearance in the Eastern District of California - Fresno Division.

IT IS SO ORDERED.

**Dated: February 8, 2013**　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE