```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAVID L. GAPPA
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the United States of America

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) 1:13-CR-00045-LJO-SKO
                                 )
12              Plaintiff,       ) PRELIMINARY ORDER OF
                                 ) FORFEITURE
13       v.                      )
                                 )
14  ALLEN TRENT CARTER,          )
                                 )
15              Defendant.       )
                                 )
16  _____)
```

Based upon the plea agreement entered into between United States of America and defendant Allen Trent Carter, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253(a), defendant Allen Trent Carter's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. HP Laptop, Serial number DV66C53CL12CE15006,

    b. iPhone with case,

    c. Dell Inspiron computer, serial number DZ535G15315,

    d. HP Pavilion P600 Series, serial number MXX0470TPQ, and

    e. E-Machine Tower, serial number CK85250022543.

2. The above-listed assets constitute property which contain visual depictions mailed, shipped, or transported in violation of 18 U.S.C. § 2252(a)(2) or was used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation, all in violation of 18 U.S.C. § 2253.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Department of Homeland Security, Customs and Border Protection in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all

third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: __**November 21, 2013**__       __**/s/ Lawrence J. O'Neill**__
UNITED STATES DISTRICT JUDGE